Jimmy BEAUMONT, Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 04–40135.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 17, 2004.

Jimmy Beaumont, Federal Correctional Institution, Beaumont, TX, for Petitioner–Appellant.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Jimmy Beaumont, federal prisoner # 03018–078, appeals the district court's denial of his 28 U.S.C. § 2241 petition challenging the authority of the Bureau of Prisons (BOP) to fix the timing and amount of his installment payments on the $400,000 fine ordered as part of his sentence when he was convicted of various narcotics offenses. *See United States v. Beaumont*, 972 F.2d 553 (5th Cir.1992). Beaumont's argument that the court impermissibly delegated to the BOP its duty to set a payment schedule as part of the

---

438

judgment is without merit. 28 C.F.R. § 545.11.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.